Susan St. .Vincent
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBIN GLEN ROSE,<br><br>  Defendant. | Docket 6:10-mj-00135-MJS<br><br>MOTION TO DISMISS;<br>AND ORDER<br>THEREON |

    Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice of the Possession of a Controlled Substance charge, a violation of 36 CFR 2.35 (b)(2).

    Dated: December 13, 2011                  NATIONAL PARK SERVICE

                                                              /S/ Susan St. Vincent
                                                              Susan St. Vincent
                                                              Legal Officer

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced charge be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:     December 13, 2011          /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE